UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN WILLIS TAYLOR, | ) Case No. 2:25-cv-09335-SPG (DTB) |
| Plaintiff, | ) **ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |
| v. | ) |
| LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH, et al, | ) |
| Defendants. | ) |

On September 30, 2025, the Court received from plaintiff Jonathan Willis Taylor ("Plaintiff"), proceeding pro se, a Civil Rights Complaint, against the Los Angeles County Department of Mental Health, Exodus Recovery, Inc., HACLA S8 West, Ana Habet, James Ramirez and Marisola Castorona[1] (Docket No. 1) along with a Request to Proceed in Forma Pauperis ("IFP Application") (Docket No. 2). On October 9, 2025, Plaintiff filed a First Amended Complaint ("FAC"). (Docket

---

[1]    Notwithstanding the requirements of Fed.R.Civ.P. 10(a), Plaintiff did not list all of the defendants in the caption of the Complaint, but instead appeared to reference them throughout the Complaint and FAC.

1

No. 6).  On October 15, 2025, the Court granted Plaintiff's IFP Application.  (Docket No. 7).  On December 11, 2025, the Court issued an Order Regarding First Amended Complaint.  (Docket No. 10).  On January 5, 2026, Plaintiff filed a Request for Emergency in Camera Meeting and Extension for Filing ("Request").  (Docket No. 11).  On January 9, 2026, Plaintiff filed a Second Amended Complaint.  (Docket No. 14).  On January 12, 2026, the Court issued an Order on Plaintiff's Request ("Order").  (Docket No. 13).

On January 23, 2026, the Court's Order was returned from the United States Postal Service as undeliverable.  (Docket No. 17).  It appears to the Court that Plaintiff has moved as his address has been changed on his recent filings (see Notices of Exhibits filed January 21, 2026.  (Docket Nos. 15-16)).  However, Plaintiff has not filed the required Notice of Change of Address.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  Central District of California Local Civil Rule 41-6.  Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules.  Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause.  Plaintiff's response is due no later than **February 27, 2026.**  In light of Plaintiff's pro se status, the Clerk is directed to mail a copy of this Order to Show Cause to the address listed on Plaintiff's Notices of Evidence (Docket Nos. 15-16).

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: February 4, 2026

DAVID T. BRISTOW
United States Magistrate Judge

2